# GIORDANO, HALLERAN & CIESLA
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**KELLY D. GUNTHER, ESQ.**
KGUNTHER@GHCLAW.COM
DIRECT DIAL: (732) 219-5480

(732) 741-3900
FAX: (732) 224-6599

www.ghclaw.com

April 7, 2011

Client/Matter No. 10269-0033

**Via Electronic Filing**
The Honorable Peter G. Sheridan
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

RE: MTF v. Bacterin International Holdings, Inc., et al.
Case No.: 2:11-CV-00830 (PGS) (ES)

Dear Judge Sheridan:

This firm represents plaintiff, Musculoskeletal Transplant Foundation ("MTF") in connection with the above-referenced matter. We write to advise that a Settlement Agreement and Release ("Agreement") has been executed by all parties to this matter. Accordingly, we respectfully request that the Order to Show Cause hearing scheduled for May 5, 2011, and any corresponding submission deadlines, be canceled. We expect to submit a Stipulation of Dismissal for Your Honor's signature shortly.

Respectfully submitted,

KELLY D. GUNTHER

KDG/br

cc: Marina C. Tsatalis, Esq. (*via electronic filing*)